RECEIVED
MAY 24 2010
U.S. CLERK'S OFFICE
INDIANAPOLIS, INDIANA

FILED
MAY 24 2010
U.S. CLERK'S OFFICE
INDIANAPOLIS, INDIANA

# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF INDIANA

Gregory T. Gilbert, )
      Plaintiff, )
  )
vs. )  Cause No.
  )
Trugreen, )  **1:10-cv-0646 LJM-DML**
      Defendant. )

## EMPLOYMENT DISCRIMINATION COMPLAINT

Plaintiff brings a complaint against defendant __Trugreen__ for discrimination as set forth below.

Plaintiff ✓ DOES ___ DOES NOT (indicate which) demand a jury trial.

### I. PARTIES

Plaintiff's Name, Address, and Phone Number:
Gregory T. Gilbert
P.O. Box 501931
Indianapolis, IN.
46250

Defendant's Name and Address:
Trugreen
860 Ridge Lake Blvd.
Memphis, TN.
38120

### II. JURISDICTION

1. This complaint is brought pursuant to:

   _____ Title VII of the Civil Rights Act of 1964, as amended, and jurisdiction is based on 42 U.S.C. §2000e-5 and 28 U.S.C. §1331;

   ✓ The Age Discrimination in Employment Act (29 U.S.C. § 621), and jurisdiction is based on 28 U.S.C. § 1331;

_____ ✓ The Americans with Disabilities Act (42 U.S.C. § 12101), and jurisdiction is based on 28 U.S.C. § 1331;

_____ The Rehabilitation Act (29 U.S.C. § 701, *et seq.*), and jurisdiction is based on 28 U.S.C. § 1331;

_____ Equal rights under law (42 U.S.C. § 1981), and jurisdiction is based on 28 U.S.C. § 1331;

_____ Other (list): _____

2. Plaintiff ____ DID ✓ DID NOT (indicate which) timely file a charge of discrimination with the Equal Employment Opportunity Commission or the Indiana Civil Rights Commission. [**Attach a copy of charge to this complaint**].

3. Plaintiff's Right to Sue Notice from the Equal Employment Opportunity Commission or the Indiana Civil Rights Commission was **received** on or about  05/13/2010  (insert date). [**Attach a copy of Notice of Right to Sue to this complaint**].

### III. STATEMENT OF LEGAL CLAIM

Plaintiff is entitled to relief in this action because:

Back pay due for any violations that occurred more the 2 years (3 years) before you file suit may not be collectible - Termination acted out on 10/15/2008

### IV. FACTS IN SUPPORT OF COMPLAINT

After termination I began my work search program through the Indiana WorkOne centers. During my search the program profiled me as a match of employment w/ the defendant. After review the online summary and wage statements I came to the realization that the defendant paid me 44K less than they should have for 5½ years.

## V. PRAYER FOR RELIEF

Based on the foregoing, plaintiff seeks the following relief:

I pray that the information I am providing will show just cause for me to be compensated for the time that endured the drama that came with employment from the employer.

(Use additional sheets if necessary.)

## VI. SIGNATURE

Signed this 21 day of May, 20 10.

_Gregory Gilbert_
(Signature of Plaintiff)