| CHARGE OF DISCRIMINATION | Charge Presented To: | Agency(ies) Charge No(s): |
|---|---|---|
| This form is affected by the Privacy Act of 1974. See enclosed Privacy Act Statement and other information before completing this form. | [ ] FEPA<br>[X] EEOC | 470-2010-02038 |

Iowa Civil Rights Commission and EEOC
*State or local Agency, if any*

| Name (indicate Mr., Ms., Mrs.) | Home Phone (Incl. Area Code) | Date of Birth |
|---|---|---|
| Mr. Gregory Gilbert | (317) 985-2941 | |

| Street Address | City, State and ZIP Code |
|---|---|
| P.O. Box 501931, Indianapolis, IN 46250 | |

Named is the Employer, Labor Organization, Employment Agency, Apprenticeship Committee, or State or Local Government Agency That I Believe Discriminated Against Me or Others. *(If more than two, list under PARTICULARS below.)*

| Name | No. Employees, Members | Phone No. (Include Area Code) |
|---|---|---|
| TRUGREEN LAWN CARE | 15 - 100 | (317) 570-2300 |

| Street Address | City, State and ZIP Code | |
|---|---|---|
| 11755 Technology Drive, Indianapolis, IN 46250 | | EEOC Indianapolis District Office<br>APR 2 2 2010<br>RECEIVED |

| Name | No. Employees, Members | Phone No. (Include Area Code) |
|---|---|---|
| | | |

| Street Address | City, State and ZIP Code |
|---|---|
| | |

DISCRIMINATION BASED ON *(Check appropriate box(es).)*

[X] RACE  [ ] COLOR  [ ] SEX  [ ] RELIGION  [ ] NATIONAL ORIGIN
[ ] RETALIATION  [ ] AGE  [ ] DISABILITY  [ ] GENETIC INFORMATION
[ ] OTHER *(Specify)*

DATE(S) DISCRIMINATION TOOK PLACE
Earliest: 04-07-2003   Latest: 10-15-2008
[ ] CONTINUING ACTION

THE PARTICULARS ARE *(If additional paper is needed, attach extra sheet(s))*:

I began my employment with the Respondent on April 7, 2003 as a Door to Door Sales Rep. My last position was in the Sales Department. While employed at Respondent I was not afforded the same benefits, wages and terms of employment as white employees. I was terminated on October 15, 2008 because I protested my terms and conditions of employment.

I believe I was discriminated against by the Respondent because of my race black, in violation of the Civil Rights Act of 1964, as amended.

| I want this charge filed with both the EEOC and the State or local Agency, if any. I will advise the agencies if I change my address or phone number and I will cooperate fully with them in the processing of my charge in accordance with their procedures. | NOTARY – *When necessary for State and Local Agency Requirements* |
|---|---|
| I declare under penalty of perjury that the above is true and correct. | I swear or affirm that I have read the above charge and that it is true to the best of my knowledge, information and belief.<br>SIGNATURE OF COMPLAINANT |
| Apr 22, 2010     *[signature]*<br>Date     Charging Party Signature | SUBSCRIBED AND SWORN TO BEFORE ME THIS DATE *(month, day, year)* |

# EQUAL EMPLOYMENT OPPORTUNITY COMMISSION
# INDIANAPOLIS DISTRICT OFFICE
# INFORMATION FOR CHARGING PARTY

You have contacted the Equal Employment Opportunity Commission (EEOC) because you believe that you were subjected to some harm or differential treatment in violation of one or more of the laws enforced by the Commission.

Before filing a charge of discrimination you will be interviewed by an investigator who will obtain information and whatever documentation that you have that will support your charge. The investigator will also obtain from you information regarding the terms under which you would be willing to settle your charge. In some cases we will try to work out a settlement which is agreeable both to you and the Respondent (the organization charged with discrimination). If a settlement is achieved, an agreement will be drafted which both you and the Respondent will sign and the EEOC District Director will approve with his signature. If the charge is not settled the investigation will continue, including further efforts at settlement.

If our early attempt at settlement fails, your charge will be assigned and investigated in chronological order of receipt. Because of the number of charges filed with this office, there may be a considerable delay before your charge can be assigned. Moreover, each investigator has many charges in his/her caseload; therefore, there will probably be a further delay before the investigation of your charge is completed. Please be assured the investigator will contact you when necessary. Your patience and cooperation during the processing of your charge will be greatly appreciated.

You are expected to assist in the investigation by providing information in support of your allegations, as well as any information requested by the investigator. The EEOC has the sole responsibility for determining how the investigation will be conducted. The investigation will consist of one or more of the following procedures: (1) a written request for information; (2) a visit to the Respondent facility to interview witnesses and review records; (3) a fact finding conference which you and the Respondent will attend to provide information and (4) telephone and/or in person interview.

The investigator will contact you to discuss the evidence and its interpretation and to give you an opportunity to respond or to provide other information before a determination is made. If we determine that we are unable to conclude that the information obtained establishes violations of the statutes, the charge will

# INFORMATION ON EMPLOYEMT DISCRIMINATION

This information is being given to you to help you decide whether your employment problem can be handled by the United States Equal Employment Opportunity Commission (EEOC). The EEOC was created by Congress to investigate allegations of employment discrimination engaged in by private employers, public state and local governments, labor unions and employment agencies, The EEDC can only investigate allegations of employment discrimination because of one or more of the reasons listed below:

- **Your race, - Your color, - Your sex, - Your religion, - Your national origin, - Your age (if you are 40 or older), - Your disability (includes employer's belief that you are disabled), - Your genetic information**
- **Opposing or protesting an act violating one of the laws enforced by EEOC,**
- **Participating in an investigation or proceeding relating to one of the laws enforced by EEOC; or associating with someone Protected by one of the laws enforced by EEOC.**

The EEOC does not accept complaints of discrimination against the Federal Government. Such complaints must be filed with the EEO Office of the agency alleged to have engaged in discrimination.

The EEOC <u>does not</u> investigate charges alleging unfairness unrelated to race, color, sex, religion, national origin, age, genetic information or disability.

The laws EEOC enforces against employment discrimination based on race, color, religion, sex, -national origin, genetic information and disability require that an **employer must employ 15 or more employees, and a charge must be filed within 300 days** of the alleged discriminatory act. The law that prohibits employment discrimination against persons 40 years of age or older requires that the **employer must employ 20 or more employees, and a charge must be filed within 180 days** of the alleged discriminatory act.

A law that prohibits discrimination based on sex in the payment of wages for substantially equal work, requires that a lawsuit must be filed within two years of the alleged discriminatory act. The employer must be covered under the Fair Labor Standards Act. A charge may be filed within the same two year period but is not required.

EEOC accepts charges of discrimination from the public and depending on the circumstances, may take one or more of the following actions regarding a charge:

1. Investigate to the extent BEOC deems necessary to determine whether illegal employment discrimination probably has occurred;

2. Attempt to work out a settlement of the dispute between the individual who filed the charge (Charging Party) and the organization accused of employment discrimination (Respondent); or

3. Provide the Charging Party with a notice which permits them to sue the Respondent.