UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | | |
|---|---|---|
| GREGORY T. GILBERT, | ) | |
| *Plaintiff*, | ) | |
| | ) | |
| *vs.* | ) | 1:10-cv-646-JMS-DML |
| | ) | |
| TRUGREEN LLP, | ) | |
| *Defendant.* | ) | |
| | ) | |

## **FINAL JUDGMENT**

For the reasons set forth in the Court's Entry on Defendant's Motion to Dismiss, also is-

sued this day, the Court now enters **FINAL JUDGMENT** against Plaintiff and in favor of De-

fendant, such that Plaintiff shall take nothing by way of his complaint.  [Dkt. 10.]


11/01/2010

_____
Hon. Jane Magnus-Stinson, Judge
United States District Court
Southern District of Indiana


**Distribution via ECF only:**

Michael W. Padgett
JACKSON LEWIS LLP
padgettm@jacksonlewis.com

GREGORY T. GILBERT
P.O. Box 501931
Indianapolis, IN 46250